Miranda BASHAM, A Minor, Troy Basham, A Minor by Douglas Basham, Guardian, Appellants,

v.

Jeffrey A. BEARD, Ph.D. Commissioner Department of Corrections, Appellee.

No. 74 WAP 2003.

Supreme Court of Pennsylvania.

July 9, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of July, 2004, the above-captioned appeal is quashed as moot.